ORIGINAL

EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii

R. MICHAEL BURKE (    )
Asst. United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
E-mail:
Telephone: (808) 541-2850
Facsimile: (808) 541-3752

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
E-mail: Charles.M.Duffy@usdoj.gov
Telephone: (202) 307-6406
Facsimile: (202) 307-0054

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | | |
|---|---|---|
| HELICOPTER CONSULTANTS OF MAUI, INC dba BLUE HAWAIIAN HELICOPTERS, | ) ) ) ) | CIVIL NO. 04-00302 SOM LEK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

STIPULATION FOR DISMISSAL

The parties stipulate that this case be dismissed with

1533091.1

prejudice, the parties bearing their respective costs, including attorney fees.

DATED: 4/4/06 , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
DISTRICT OF HAWAII

_____  By _____
RONALD I. HELLER                   CHARLES M. DUFFY
700 Bishop Street, 15th Floor      Trial Attorney
Honolulu, Hawaii 96813-4187        Tax Division
                                   U.S. Department of Justice

Attorney for Plaintiff             Attorneys for Defendant


APPROVED AND SO ORDERED: [signature] 4/4/06

_____      _____
J. MICHAEL SEABRIGHT                          Date
United States District Judge


STIPULATION FOR DISMISSAL; ORDER, Helicopter Consultants of Hawaii v. United States.
Civil No. 04-00302 SOM LEK    2                              1533091.1